# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CASE NO. 3:21-CR-149-RJC-DCK-1

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SABRINA MICHELLE BOWERS, )<br>)<br>Defendant. )<br>) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Motion To Amend Conditions Of Release To Permit Travel" (Document No. 33) filed August 4, 2022. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Defendant's "Motion To Amend Conditions Of Release To Permit Travel" (Document No. 33) is **GRANTED**. Defendant Bowers is permitted to travel to Kansas City, Missouri from August 14-22, 2022 on the condition that all travel plans and specific locations where she will stay will be communicated to the U.S. Probation Office in advance of travel.

**SO ORDERED**.

Signed: August 5, 2022

_/s/ David C. Keesler_
David C. Keesler
United States Magistrate Judge